■ In the Matter of RICHARD SALVATIERRA, Appellant, v CAPTAIN WEEDEN, Respondent. [930 NYS2d 479]—

Contrary to the petitioner's contention, the misbehavior report, the hearing testimony, and the documentation presented at the hearing constituted substantial evidence of his guilt (*see Matter of Mills v Fischer*, 85 AD3d 1033, 1033 [2011]; *Matter of Anekwe v Ercole*, 74 AD3d 1335 [2010]; *Matter of Lozada v Selsky*, 306 AD2d 413 [2003]).

The hearing officer properly, in effect, denied the petitioner's request to submit sections of a law library handbook into evidence at the hearing (*see Matter of Lopez v Healy*, 39 AD3d 978, 978-979 [2007]).

Contrary to the petitioner's contention, the misbehavior report contained the necessary specificity to apprise him of the charges against him so as to enable him to prepare an adequate defense (*see Matter of Mills v Fischer*, 85 AD3d at 1033; *Matter of Anekwe v Ercole*, 74 AD3d 1335 [2010]).

The petitioner's remaining contentions are either not properly before this Court or without merit. Rivera, J.P., Florio, Leventhal and Roman, JJ., concur.